Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
LYNN LAING

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| LYNN LAING, | ) |
| Plaintiff, | ) **Case No.: 3:17-cv-00633-DMS-WVG** |
| v. | ) |
| WELLS FARGO BANK, N.A., | ) **JOINT MOTION TO DISMISS** |
| Defendant. | ) |

Plaintiff, LYNN LAING, and Defendant, WELLS FARGO BANK, N.A., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), move to dismiss this case, without prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

DATED:  June 12, 2017         AGRUSS LAW FIRM, LLC

By:/s/ Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    LYNN LAING

1

DATED: June 12, 2017           DORSEY & WHITNEY LLP

By: */s/Divya S. Gupta*
    Eric J. Troutman
    Divya S. Gupta
    Attorneys for Defendant,
    WELLS FARGO BANK, N.A.

# PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois. I am over the age of 18, and am not a party to this action. My business address is 4809 N. Ravenswood Ave., Suite 419, Chicago, IL, 60640. On June 12, 2017, I served the following documents:

**JOINT MOTION TO DISMISS**

On the party listed below:

> Divya S. Gupta
> Dorsey & Whitney, LLP
> 600 Anton Blvd
> Suite 2000
> Costa Mesa CA 92626

By the following means of service:

[X] **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on June 12, 2017.

By: /s/*Michael S. Agruss*
    Michael S. Agruss