# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| LYNN LAING,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>    Defendant. | Case No.: 3:17-cv-00633-DMS-WVG<br><br>**ORDER ON JOINT MOTION TO DISMISS** |

## ORDER

Upon good cause shown, this Honorable Court GRANTS the parties Joint Motion to Dismiss. It is ORDERED this case is dismissed without prejudice, both sides to bear their own fees and costs.

Dated: June 13, 2017

_____
Hon. Dana M. Sabraw
United States District Judge

1